PEI FANG GUO, Petitioner(s), v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Pei Fang Guo v. Comm'r
Docket No. 4805-16.
United States Tax Court
2017 U.S. Tax Ct. LEXIS 54; October 24, 2017, Decided
*54 Albert G. Lauber, Judge.
Albert G. Lauber
ORDER
On October 24, 2017, respondent called the chambers of the undersigned and orally requested that the line listing respondent's counsel, immediately following the headnote of the Court's Opinion filed October 2, 2017 (149 T.C. No. 14, 2017 U.S. Tax Ct. LEXIS 49), be amended by removing the name of Gerard Mackey. Upon due consideration, it is
ORDERED that the line of the opinion referred to above is amended to read, Peter N. Scharff, for respondent.
/s/ Albert G. Lauber
Judge
Dated: Washington, D.C.
October 24, 2017